IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TERRAL, | No. CIV S-08-0333-LEW-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SOLANO COUNTY SHERIFF"S DEPARTMENT, et al., | |
| Defendants. | |
| _____/ | |

To: The Solano County Sheriff's Department
Sheriff's Administration
530 Union Avenue, Suite 100, Fairfield, California 94533:

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to pay the full statutory filing fee for this action. Plaintiff has been assessed an initial partial filing fee of $20.97 for this action pursuant to 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The agency referenced above is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's prison trust account each time the amount in the account

1

1 | exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  See 28 U.S.C.
2 | § 1915(b)(2).
3 |    Good cause appearing therefor, IT IS HEREBY ORDERED that:
4 |    1. The director of the agency referenced above, or a designee, shall collect from plaintiff's prison trust account an initial partial filing fee in the amount of $20.97 and shall forward the amount to the Clerk of the Court, such payment to be clearly identified by the name and number assigned to this action;
8 |    2. Thereafter, the director of the agency referenced above, or a designee, shall collect from plaintiff's prison trust account the balance of the filing fee by collecting monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), such payments to be clearly identified by the name and number assigned to this action;
15 |    3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit to the address shown above; and
17 |    4. The Clerk of the Court is further directed to serve a copy of this order on the Financial Department of the court.

DATED: February 14, 2008

                _____
                **CRAIG M. KELLISON**
                UNITED STATES MAGISTRATE JUDGE