IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD J. TERRAL,   No. CIV S-08-0333-LEW-CMK-P

    Plaintiff,

  vs.   ORDER

SOLANO COUNTY SHERIFF"S DEPARTMENT, et al.,

    Defendants.

                               /

       Plaintiff, a civil detainee proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

       On February 15, 2008, the court granted plaintiff's application to proceed in forma pauperis and directed the appropriate agency to collect monthly payments of the full filing fee pursuant to 28 U.S.C. § 1915(b)(2), a provision of the Prison Litigation Reform Act ("PLRA"). As plaintiff correctly observes in his February 29, 2008, "Supplemental Filing," however, the PLRA does not apply to civil detainees. See Andrews v. King, 398 F.3d 1113, 1122 (9th Cir. 2005). Therefore, plaintiff is not required to pay the full filing fee in installments. The court's February 15, 2008, order (Doc. 5) requiring installment payments is, therefore, vacated. The

1

court's February 15, 2008, order (Doc. 4) order granting in forma pauperis status is hereby modified to reflect that plaintiff is not required to pay the full filing fee.

        IT IS SO ORDERED.

DATED: April 4, 2008

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE